UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE: WORNER DON CRUSE, SR    CASE NO.: 15:11055

**MOTION TO RATIFY SETTLEMENT AND APPROVE ATTORNEY'S FEES**

NOW INTO COURT, through undersigned counsel, come WORNER DON CRUSE, SR., debtor herein, and Marcus J. Plaisance and MURPHY LAW FIRM, who respectfully represent:

1.

In January 2016, this Court approved the employment of Attorney Marcus J. Plaisance and MURPHY LAW FIRM to represent the above referenced debtor in his claim arising from a car accident which occurred on or about September 15, 2014.

2.

The debtor suffered the following damages:

- A. Physical pain and suffering - past, present, and future;
- B. Mental pain, anguish, and distress - past, present, and future;
- C. Medical expenses - past, present, and future;
- D. Impairment and/or loss of earning capacity - past, present, and future;
- E. Lost wages- past, present, and future;
- F. Loss of enjoyment of life - past, present, and future; and
- G. Any and all other damages which shall be proven at trial of this matter.

3.

After negotiations, a compromise proposal has been reached between Worner Don Cruse, Sr. and Murphy Law Firm and Thomas Wu, National General Assurance Company, Domino's Pizza, LLC, XYZ Insurance Company, and USAA General Indemnity Company, to settle their claim arising

out of the aforementioned accident. Upon approval of this Motion, the compromise will result in payments to the Chapter 13 Trustee of $38,971.72, less medical expenses, costs and attorney's fees, as shown by the settlement statement attached hereto and made part hereof as Exhibit "A."

4.

The undersigned counsel for the debtor has investigated, researched and prosecuted the debtor's claim arising out of a motor vehicle accident, resulting in a suit being filed in the 19th Judicial District, Parish of East Baton Rouge, State of Louisiana bearing docket number 642,132, Section 23.

WHEREFORE, the debtor prays that upon notice and hearing that this Honorable Court authorize the settlement of this matter in the amount of $38,971.72, and approve the payments of attorney's fees, costs and medical expenses in the amount of $17,441.38.

RESPECTFULLY SUBMITTED;

S/MARCUS J. PLAISANCE
MARCUS J. PLAISANCE, BAR ROLL#33136
MURPHY LAW FIRM
2354 SOUTH ACADIAN THRUWAY
BATON ROUGE, LA  70808
PHONE  225-928-8800
FAX  225-928-8802