**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re:<br>    Worner Don Cruse, Sr.<br>    Joyce Bates Cruse<br>            Debtor(s) | Case No. 1511055 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Annette C. Crawford, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/03/2015.

2) The plan was confirmed on 12/02/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/25/2017, 10/24/2017.

5) The case was converted on 11/16/2017.

6) Number of months from filing to last payment: 25.

7) Number of months case was pending: 27.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $57,920.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $29,986.33 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $29,986.33

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,799.65 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,799.65

Attorney fees paid and disclosed by debtor:      $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Amcol Systems | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| American Profit Recovery | Unsecured | 497.39 | NA | NA | 0.00 | 0.00 |
| Anesthesiology Affiliates, LLC | Unsecured | 188.00 | NA | NA | 0.00 | 0.00 |
| Atlas Credit | Unsecured | 2,953.00 | NA | NA | 0.00 | 0.00 |
| Baton Rouge General | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Bellsouth Telecommunications, Inc | Unsecured | 1,000.00 | 674.75 | 674.75 | 674.75 | 41.28 |
| Bone and Joint Clinic | Unsecured | 194.03 | NA | NA | 0.00 | 0.00 |
| BSI FINANCIAL SERVICES | Secured | 94,713.00 | 101,545.12 | NA | 0.00 | 0.00 |
| BSI FINANCIAL SERVICES | Secured | NA | 0.00 | 16,500.00 | 12,529.90 | 0.00 |
|    Current Owner - BSI FINANCIAL SERVICES | | | | | > 11,152.81 | > 0.00 |
|    Prior Owner - BSI Financial | | | | | > 1,377.09 | > 0.00 |
| Capio Partners, LLC | Unsecured | 1,526.00 | NA | NA | 0.00 | 0.00 |
| Capital One Bank (USA), N.A. | Unsecured | 185.00 | 149.79 | 149.79 | 149.79 | 9.08 |
| Charles H. Bridges | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| CONN APPLIANCES, INC. | Unsecured | 3,772.00 | 2,979.89 | 2,979.89 | 2,979.89 | 182.17 |
|    Current Owner - CONN APPLIANCES, INC. | | | | | > 2,707.25 | > 40.62 |
|    Prior Owner - CONNS | | | | | > 272.64 | > 141.55 |
| CSD Collections | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| DC Rent to Own d/b/a Everybody Rides | Secured | NA | 8,375.50 | NA | 0.00 | 0.00 |
| Gastroenterology Associates | Unsecured | 213.54 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | 201.00 | 423.19 | 423.19 | 423.19 | 25.89 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | 407.00 | 473.33 | 473.33 | 473.33 | 28.91 |
| LA Capital Federal Credit Union | Unsecured | 4,729.00 | 4,603.68 | 4,603.68 | 4,603.68 | 281.45 |
| LA Dept. of Revenue | Priority | 534.65 | 689.92 | 576.92 | 437.05 | 0.00 |
| LA Dept. of Revenue | Unsecured | NA | 0.00 | 113.00 | 113.00 | 6.89 |
| LVNV Funding, LLC its successors and as | Unsecured | 768.00 | 825.20 | 825.20 | 825.20 | 50.37 |
| Merrick Bank | Unsecured | 603.00 | 583.74 | 583.74 | 583.74 | 35.72 |
| Midland Credit Management, Inc. as agen | Unsecured | NA | 225.90 | 225.90 | 225.90 | 13.71 |
| Midland Credit Management, Inc. as agen | Unsecured | NA | 463.45 | 463.45 | 463.45 | 28.34 |
| Nuclear Medicine Assoc. | Unsecured | 52.52 | NA | NA | 0.00 | 0.00 |
| Performant Recovery Inc | Unsecured | 4,101.61 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

Case 15-11055   Doc 69   Filed 11/30/17   Entered 11/30/17 11:34:43   Page 3 of 4

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Quantum3 Group LLC as agent for | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Quantum3 Group LLC as agent for | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| SYNCB/JCP | Unsecured | 186.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/Paypal Smart Con | Unsecured | 384.00 | NA | NA | 0.00 | 0.00 |
| The Law Offices of MIT | Unsecured | 773.00 | NA | NA | 0.00 | 0.00 |
| Transfinancial Co | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| U.S. Department of Veterans Affairs | Unsecured | 3,572.33 | NA | NA | 0.00 | 0.00 |

'>' denotes totals paid to individual current and prior claim owners in the event of claim reassignment.

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $16,500.00 | $12,529.90 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$16,500.00** | **$12,529.90** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $576.92 | $437.05 | $0.00 |
| **TOTAL PRIORITY:** | **$576.92** | **$437.05** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$11,515.92** | **$11,515.92** | **$703.81** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,799.65 |
| Disbursements to Creditors | $25,186.68 |
| **TOTAL DISBURSEMENTS:** | **$29,986.33** |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 11/30/2017  By: /s/ Annette C. Crawford
                         Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**